UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CAPTAIN EUGENE B. DUGAS and<br>RATHER BE FISHING ADVENTURES LLC, ET AL. | CIVIL ACTION |
| VERSUS | NO. 10-1322 |
| BP, PLC, ET AL. | SECTION "F" |

ORDER

Local Rule 07.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight days prior to the date set for hearing on the motion. No memoranda in opposition to the defendants BP America Inc.'s, BP Products North America Inc.'s, and BP Exploration & Production Inc.'s motion for stay of proceedings pending transfer by the Judicial Panel on Multidistrict Litigation, set for hearing on June 9, 2010, has been timely submitted.

Accordingly, this motion is deemed to be unopposed, and further, it appearing to the Court that the motion has merit,[1]

---

[1] The defendants have shown that a stay pending transfer by the MDL panel is warranted. In determining whether a stay is appropriate, courts generally consider three factors: (1) the potential prejudice to the non-moving party; (2) the hardship and inequity to the moving party if the action is not stayed; and (3) the judicial resources that would be saved by avoiding duplicative litigation if the cases are in fact consolidated. La. Stadium & Exposition Dist. v. Fin. Guar. Ins. Co., No. 09-235, 2009 WL 926982, at * 1 (E.D. La. Apr. 2, 2009). This Court has already determined, with respect to other oil spill cases pending in this Court, that a stay is appropriate. See, e.g., Cajun Offshore

1

IT IS ORDERED that the defendants' motion for stay of proceedings pending transfer is GRANTED as unopposed.

IT IS ORDERED: that all proceedings in this case are temporarily stayed, pending the MDL Panel's final decision on whether to consolidate.

New Orleans, Louisiana, June 7, 2010.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

---

Charters, LLC v. BP Products North America, Inc., No. 10-1341, 2010 WL 2160292 (E.D. La. May 25, 2010).  Indeed, with at least 90 lawsuits in different districts, the defendants face the burden of litigating in multiple jurisdictions.  More importantly, between the various lawyers and judges on the cases, there is a grave potential for conflicting discovery orders. This poses not only a hardship for the defendants, but mocks an efficient and orderly judicial system.  Accordingly, as the Court has determined in identical cases pending before it, the Court finds that the prejudice to the plaintiff caused by a delay of months is outweighed by the hardship to the defendants and the interests of judicial economy.